**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:       (406) 657-6101**
**FAX:         (406) 657-6989**
**E-mail:      Lori.Suek@usdoj.gov**

**FILED**

JAN 16 2025

Clerk, U.S. Courts
District Of Montana
Billings Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25- |5 -GF-BMM** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **AGGRAVATED SEXUAL ABUSE** |
| | **(Counts 1 and 2)** |
| **JASON LEE WISE SPIRIT,** | **Title 18 U.S.C. §§ 1153(a) and 2241(a)(1)** |
| | **(Penalty: Life imprisonment, $250,000 fine,** |
| **Defendant.** | **and five years to a lifetime of supervised** |
| | **release)** |

THE GRAND JURY CHARGES:

### COUNT 1

Beginning in or about 2018 and continuing through in or about 2021, at

Wolf Point, in Roosevelt County, in the State and District of Montana, and within

the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country,

1

the defendant, JASON LEE WISE SPIRIT, an Indian person, knowingly caused

Jane Doe 1 to engage in a sexual act by using force against Jane Doe 1, in violation

of 18 U.S.C. §§ 1153(a) and 2241(a)(1).

## COUNT 2

Beginning in or about 2018 and continuing through in or about 2020, at

Wolf Point, in Roosevelt County, in the State and District of Montana, and within

the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country,

the defendant, JASON LEE WISE SPIRIT, an Indian person, knowingly caused

Jane Doe 2 to engage in a sexual act by using force against Jane Doe 2, in violation

of 18 U.S.C. §§ 1153(a) and 2241(a)(1).

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2