**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, Montana 59101**
Phone:      (406) 657-6101
Fax:          (406) 657-6989
Email:       Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LEE WISE SPIRIT,<br><br>Defendant. | CR 25-15-GF-BMM<br><br>OFFER OF PROOF |

The defendant, Jason Wise Spirit, is charged by superseding information with sexual abuse, in violation of 18 U.S.C. §§ 1153(a) and 2242(1).

1

## PLEA AGREEMENT

Wise Spirit is pleading guilty to sexual abuse and, at sentencing, the United States will move to dismiss the indictment with prejudice. The plea agreement memorializes the only written plea offer made by the United States and accepted by Wise Spirit, and it is the resolution most favorable resolution to Wise Spirit as aggravated sexual abuse, the crime charged in the indictment, is a more serious offense because of the potential mandatory minimum sentence.

## ELEMENTS OF CHARGE

For Wise Spirit to be found guilty of sexual abuse, in violation of 18 U.S.C. §§ 1153(a) and 2242(1), the United States must prove each of the following elements beyond a reasonable doubt:

**First,** the defendant is an Indian person;

**Second,** the crime occurred in Indian country; and

**Third**, the defendant caused the victims to engage in sexual acts by placing them in fear.

## PENALTY

The offense of sexual abuse carries a maximum punishment of life imprisonment, five years to a lifetime of supervised release, a $250,000 fine, and a $100 special assessment. Restitution to the victims is mandatory if requested.

2

## ANTICIPATED EVIDENCE

If this case were tried in United States District Court, the United States would prove the following:

Jason Wise Spirit is married to the biological aunt and adoptive mother of Jane Does 1 and 2. Jason is the adoptive father; Jane Does 1 and 2 refer to him as their stepfather.

On November 15, 2023, Jane Doe 1 started crying in class. She alleged that her stepfather, Wise Spirit, had sexually abused her older sister, Jane Doe 2. The FBI opened an investigation and both Jane Does 1 and 2 were interviewed on November 20, 2023. Jane Doe 1 reported that Wise Spirit had sexually assaulted her more than twenty times at their homes on the Fort Peck Indian Reservation between the ages of 6 and 9. She disclosed vaginal, anal, and oral sex while her mom was at work as a housekeeper at the Sherman Inn in Wolf Point, Montana. Jane Doe 1 disclosed that Jane Doe 2 had also been abused.

Jane Doe 2 corroborated some of the information from Jane Doe 1's interview but denied any abuse.

Wise Spirit was charged tribally for the abuse of Jane Doe 1 after he was removed from the home. He was convicted of aggravated sexual abuse on a child and sentenced to the maximum sentence of 1 year of imprisonment.

Jane Doe 2 was interviewed again on April 10, 2024, and disclosed that she feared Wise Spirit because he said he would kill her if she told anyone about the abuse but, once he was gone from the home and her sister told others about what happened, she decided to disclose. Jane Doe 2 described being forced to have anal and oral sex with Wise Spirit at their residence and in a car in a Walmart parking lot in Williston while their mom was at work. She described the clear thing he put on his "private part" that was made of something "like rubber" that came out of a square package he got from under the mattress.

Wise Spirit was interviewed and made partial admissions when he stated that both Jane Does 1 and 2 touched his penis at different times.

The residences where the sexual abuse occurred are within the boundaries of the Fort Peck Indian reservation. Wise Spirit is an enrolled member of the Fort Peck Tribe, a federally recognized tribe.

DATED this 16th day of May, 2025.

        KURT G. ALME
        United States Attorney


        */s/ Lori Harper Suek*
        LORI HARPER SUEK
        Assistant U.S. Attorney