**LORI HARPER SUEK**
**VICTORIA K. NICKOL**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657-6989
E-mail:  Lori.Suek@usdoj.gov
         Victoria.Nickol@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
MAY 19 2025
Clerk, U.S. Courts
District Of Montana
Billings Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JASON LEE WISE SPIRIT,** Defendant. | **CR 25-15-GF-BMM** **SUPERSEDING INFORMATION** **SEXUAL ABUSE** (Counts 1 and 2) Title 18 U.S.C. §§ 1153(a) and 2242(1) (Penalty: Life imprisonment, $250,000 fine, and five years to a lifetime of supervised release) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

Beginning in or about 2018 and continuing through in or about 2021, at

Wolf Point, in Roosevelt County, in the State and District of Montana, and within

1

the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, JASON LEE WISE SPIRIT, an Indian person, knowingly caused Jane Doe 1 to engage in a sexual act by placing Jane Doe 1 in fear in violation of 18 U.S.C. §§ 1153(a) and 2242(1).

## COUNT 2

Beginning in or about 2018 and continuing through in or about 2020, at Wolf Point, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, JASON LEE WISE SPIRIT, an Indian person, knowingly caused Jane Doe 2 to engage in a sexual act by placing Jane Doe 2 in fear, in violation of 18 U.S.C. §§ 1153(a) and 2242(1).

DATED this 19th day of May 2025.

KURT G. ALME
United States Attorney

LORI HARPER SUEK
Assistant U.S. Attorney

KURT G. ALME
United States Attorney

(For) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2